22445. CORBETT v. THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and the judge did not err in overruling the motion for a new trial, based on the usual general grounds only.

*Judgment affirmed. Luke and Hooper, JJ., concur.*

DECIDED AUGUST 31, 1932.

*H. H. Elders,* for plaintiff in error.
*J. T. Grice, solicitor-general,* contra.

22455. LEE v. THE STATE.

BROYLES, C. J. The evidence connecting the defendant with the offense charged (larceny of an automobile), while circumstantial, was sufficient to authorize the jury to find that it excluded every *reasonable* hypothesis save that of his guilt; and the court did not err in overruling the motion for a new trial, based upon the usual general grounds only. *Judgment affirmed. Luke and Hooper, JJ., concur.*

DECIDED AUGUST 31, 1932.

*Nalley & Foster,* for plaintiff in error.
*John A. Boykin, solicitor-general, J. W. LeCraw, E. A. Stephens,* contra.